# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

To: Clerk, Bankruptcy Court

Debtor(s): VELOCITY ESPORTS, INC.; VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC; VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC; VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC

BAP No.: NV-26-1235
Bk. Ct. No.: 25-12627-mkn    ADV. NO.: 26-01075-mkn

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: October 7, 2026

**A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:**

[ ] No Filing Fees paid
[ ] No Designation of Record
[ ] No Statement of Issues
[ ] No Notice Regarding the Transcript
[ ] No Reporter's Transcript(s)

Reporter name:___________________________________
phone:________________________________
Judge:___________________________________________
Transcript date(s):_____________________________

[ ] No Transcript Fees paid
[ ] Extension of Time Granted to Reporter:
New deadline:___________________________________
[ ] Other:__________________________________________

**B) DEPUTY CLERK PROCESSING THIS APPEAL**

1. Name:_________________________________________________
2. Phone:________________________________________________
3. Date:_________________________________________________